IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-147-BLG-DLC-1 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING DETENTION HEARING** |
| CHARLES EUGENE VENDITTI, | |
| Defendant. | |

Defendant has filed Unopposed Motion to Vacate Detention Hearing. (Doc. 30.) Good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing currently set for December 21, 2018 at 09:00 a.m. is vacated.

DATED this 20th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge