IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–147–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES EUGENE VENDITTI, | |
| Defendant. | |

Before the Court is the Unopposed Motion for Attorney to Appear by Video (Doc. 43) filed by defense counsel Evangelo Arvanetes regarding the hearing scheduled on Defendant Charles Eugene Venditti's Motion seeking the withdrawal of Mr. Arvanetes as counsel. The hearing is scheduled for tomorrow, January 16, 2019, at 10:30 a.m. in the Russell Smith Federal Courthouse, Missoula, Montana. Mr. Arvanetes is an Assistant Federal Defender in Billings, Montana. The Federal Defenders of Montana currently face financial constraints as a result of the partial government shutdown now in its fourth week. Mr. Arvanetes' office being over a five-hour drive away, he is seeking to appear via video to avoid the unnecessary expenditure of travel. Given these circumstances, the Court finds good cause for Mr. Arvanetes video appearance.

IT IS ORDERED that the Motion (Doc. 43) is GRANTED. Mr. Arvanetes shall make all the necessary video conference arrangements with this Court's systems staff in Missoula, Montana.

DATED this 15th day of January, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court