IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 18–147–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLES EUGENE VENDITTI, | |
| Defendant. | |

Before the Court is yet another communication from Defendant Charles Eugene Venditti. Venditti has been represented throughout these proceedings. This Court has held numerous hearings with Venditti to date, including an initial appearance, detention hearing, and two *ex parte* hearings, and has informed him of his obligation to cease communicating with the Court directly. Pursuant to Local Rule C.R. 44.1, the Court will not address Venditti's most recent communication further. Because Venditti is represented, he will communicate to the Court through his counsel or not at all.

IT IS ORDERED that the Clerk of Court shall file Venditti's April 14, 2019 letter under seal.

DATED this 22nd day of April, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court