IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–147–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES EUGENE VENDITTI, | |
| Defendant. | |

Before the Court is Defendant's motion for a new trial. (Doc. 127.) This motion was filed on October 24, 2019 in the form of a handwritten letter addressed directly to the Court from Venditti himself, without the knowledge of his then-appointed counsel. After trial counsel successfully removed himself from the case (Docs. 124, 134), this Court granted Venditti's newly appointed counsel, Marvin McCann additional time to confer with Venditti and to file a brief in support of Venditti's motion pursuant to the local rules if he intended to pursue the matter. The deadline for that brief was November 25, 2019. (Doc. 134.) That date has come and gone, and no brief has been filed. The Court therefore concludes that Venditti has elected not to pursue this motion and will construe the motion (Doc. 127) as withdrawn.

-1-

IT IS ORDERED that Venditti's motion for a new trial (Doc. 127) has been withdrawn. The Clerk is instructed to strike it from the record.

DATED this 9th day of December, 2019.

_Dana L. Christensen_
Dana L. Christensen, Chief Judge
United States District Court