IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JAN 16 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES EUGENE VENDITTI,<br><br>Defendant. | CR 18–147–BLG–DLC<br><br>ORDER |

The Government has moved to dismiss the forfeiture allegation in the indictment. (Doc. 150.)

IT IS ORDERED that the Government's Motion (Doc. 150) is GRANTED. The forfeiture allegation in the indictment is dismissed with prejudice.

DATED this 16th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court